A CERTIFIED TRUE COPY
ATTEST

By Jakela Melis on Aug 28, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 12, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 09 - 3221 MHP
(SEE ATTACHED SCHEDULE)

FILED

SEP - 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-325)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,778 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted

Aug 28, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Luthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8/31/09
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-325 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 09-565 | Doris Ellison, etc. v. Bayer CropScience, Inc., et al. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-5549 | William Pfeifer, et al. v. Buffalo Pumps, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-3138 | Toni Lynn Baragar, et al. v. United States Steel Corp. |
| CAN | 3 | 09-3185 | James Bullock v. General Electric Co., et al. |
| CAN | 3 | 09-3186 | Ronald G. Jackson, Sr. v. General Electric Co., et al. |
| CAN | 3 | 09-3220 | Wayne Hartman v. General Electric Co., et al. |
| CAN | 3 | 09-3221 | Edward Schlimmer v. General Electric Co., et al. |
| CAN | 3 | 09-3244 | Lawrence Fontenette v. Rolls-Royce, PLC, et al. |
| ~~CAN~~ | ~~3~~ | ~~09-3245~~ | ~~Edward Van Wert v. General Electric Co.~~ |
| **CONNECTICUT** | | | |
| CT | 3 | 09-97 | Richard Kotecki, et al. v. Buffalo Pumps, Inc., et al. |
| CT | 3 | 09-217 | Beverly Murphy, et al. v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 09-1277 | Cheryl Wytenus, etc. v. American Optical Corp., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 09-3870 | Barbara A. Sweet, etc. v. A.W. Chesterton Co., et al. |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 09-922 | Lisa Teney, etc. v. Rapid-American Corp., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-512 | Margaret Harkey Simmons, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-523 | Leon Bruce Jensen, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-549 | Alan Roy White, et al. v. Alfa Laval, Inc., et al. |

## MDL No. 875 - Schedule CTO-325 Tag-Along Actions (Continued)

**DIST.  DIV.  C.A. #**     **CASE CAPTION**

**NORTH CAROLINA WESTERN**
| NCW | 1 | 09-251 | Perry Neal McCorkle, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-255 | Gerald Wayne Thomas v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-256 | Ralph Herbert Webb, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-257 | Reginald Dupree Graham, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-258 | Sherry H. Harris, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-260 | Danny Scott Hurdt, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-263 | Doyle Eugene Muse, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-264 | Bobby Glenn Shelton, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-272 | Arvin Howard Hicks, Jr., et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-274 | Barry Norman Rumfelt, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-279 | Hillard Dean Smith, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-284 | Bobby Wayne Fulbright, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-285 | Charles Ray Hawkins, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-286 | Jerry Pearson v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-287 | Billy Richard Perkins, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-289 | Russell Arthur Hanson, et al. v. A.W. Chesterton Co., et al. |
| ~~NCW~~ | ~~1~~ | ~~09-290~~ | ~~Gerald Eugene Vaughn, et al. v. A.W. Chesterton Co., et al.~~ |

**NEW HAMPSHIRE**
| NH | 1 | 09-254 | Roger E. Baron v. Metropolitan Life Insurance Co., et al. |

**NEW YORK SOUTHERN**
| NYS | 1 | 09-4796 | Beth Ann Brown, etc. v. A.W. Chesterton Co., et al. |

**SOUTH CAROLINA**
| SC | 0 | 09-2004 | Coley B. Gibson, et al. v. A.W. Chesterton Co., et al. |
| SC | 4 | 09-1919 | Leroy Adams, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-1920 | Ray Coleman Evett, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2003 | Steven Lewis Mason, et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-2008 | David Lewis Blackwell v. A.W. Chesterton Co., et al. |

**TEXAS SOUTHERN**
| TXS | 4 | 09-1534 | Billie L. Hassell, et al. v. The Budd Co., et al. |

**MDL No. 875 - Schedule CTO-325 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2   09-9559 | William H. Monroe, Jr., etc. (Richard Michael Goller) v. American Standard, Inc., et al. |
| VAE 2   09-9560 | Edward J. Gonzalez v. American Standard, Inc., et al. |
| VAE 2   09-9561 | Bruce B. Jacobs v. American Standard, Inc., et al. |
| VAE 2   09-9562 | William H. Monroe, Jr., etc. (Paul Gene Lawson) v. American Standard, Inc., et al. |
| VAE 2   09-9563 | Thomas O. Moore v. American Standard, Inc., et al. |
| VAE 2   09-9564 | Kenneth L. Olson v. American Standard, Inc., et al. |
| VAE 2   09-9565 | Robert S. Berry, Sr. v. American Standard, Inc., et al. |
| VAE 2   09-9566 | William G. Schumacher v. American Standard, Inc., et al. |
| VAE 2   09-9567 | Gary D. Tate v. American Standard, Inc., et al. |
| VAE 2   09-9568 | John P. Shrum v. American Standard, Inc., et al. |
| VAE 2   09-9569 | Carl V. Steidel v. American Standard, Inc., et al. |
| VAE 2   09-9570 | Kenneth D. Olsen v. American Standard, Inc., et al. |
| **WISCONSIN WESTERN** | |
| ~~WIW 3   09-389~~ | ~~John Sauerzopf v. CBS Corp., et al.~~ |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2   09-839 | Robert W. Modley, etc. v. New Elliott Corp., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION
          MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-325) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule included in this mailing. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure