1    GABRIEL A. JACKSON, State Bar No. 98119
      gaby@jjrlaw.com
2    JACKSON JENKINS RENSTROM LLP
      55 Francisco Street, Sixth Floor
3    San Francisco, CA 94133
      Tel: (415) 982-3600
4    Fax: (415) 982-3700

5    Attorneys for Defendant
      GENERAL DYNAMICS CORPORATION

6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11    EDWARD SCHLIMMER,         Case No. 3:09-cv-003221-CRB

12          Plaintiff,        NOTICE OF SUBSTITUTION OF COUNSEL
                        FOR DEFENDANT GENERAL DYNAMICS
         vs.            CORPORATION AND [██████████] ORDER
13

14    GENERAL ELECTRIC COMPANY, et al.,

15          Defendants.

16

17        TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18        PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General

19    Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of

20    Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP.

21    The contact information for new counsel is as follows:

22             Edward R. Hugo, State Bar No. 124839
                BRYDON HUGO & PARKER
23             135 Main Street, 20th Floor
                San Francisco, CA 94105
24             Telephone: (415) 808-0300
                Facsimile: (415) 808-0333
25             Email: service@bhplaw.com

26

27

28

                                        1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION
AND [PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/3/2013                    By: _____

I consent to being substituted.

Dated: 8/30/13                     By: _____
                                       GABRIEL A. JACKSON

I consent to the above substitution.

Dated: 9/4/2013                    By: _____
                                       EDWARD R. HUGO

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated: October 23, 2013            By: _____
                                       HONORABLE
                                       UNITED STATES DISTRICT JUDGE

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
*IT IS SO ORDERED*
*Judge Charles R. Breyer*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION
AND [PROPOSED] ORDER